UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATALIE SANCHEZ,<br><br>        Plaintiff,<br><br>  -against-<br><br>S&P GLOBAL, INC., et al.,<br><br>        Defendants. | 23-CV-00576 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-arun-subramanian. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

  The joint letter due August 18, 2023, *see* Dkt. 18, should include a detailed description of the status of the case and the relevant evidence produced through discovery; address the parties' efforts to settle this case; and indicate whether the parties believe that referral to the designated Magistrate Judge or to the court-annexed mediation program for settlement would be beneficial.

  SO ORDERED.

Dated: August 14, 2023
   New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge