UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATALIE SANCHEZ,<br><br>                              Plaintiff,<br><br>          -against-<br><br>S&P GLOBAL, INC., et al.,<br><br>                              Defendants. | 23-CV-00576 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    The parties failed to submit a joint letter, as directed by this Court in ECF Nos. 18 and 19. The parties are hereby ORDERED to meet and confer for no less than 1 hour, including about settlement, and file a supplemental joint letter by this Friday, August 25, 2023. The letter shall comply with all guidance previously provided by this Court. See ECF Nos. 18, 19.

    SO ORDERED.

Dated: August 22, 2023
       New York, New York

                                              ARUN SUBRAMANIAN
                                              United States District Judge