UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATALIE SANCHEZ,<br><br>                           Plaintiff,<br><br>     -against-<br><br>S&P GLOBAL, INC., et al.,<br><br>                          Defendants. | 23-CV-00576 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      In light of defendant's September 8, 2023, letter, the court is convening a conference to address defendant's proposed motion for summary judgment and the schedule for discovery in this case. The conference will be held on Friday, September 22, 2023, at 2:00 PM. The conference will be held via Microsoft Teams. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 470 126 503, followed by the pound (#) sign. The parties should be prepared to discuss the evidence and arguments raised in their joint status letter at ECF No. 23 concerning the existence and validity of the release.

      SO ORDERED.

Dated: September 11, 2023
       New York, New York

                                                        ARUN SUBRAMANIAN
                                                        United States District Judge