UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATALIE SANCHEZ,<br><br>       Plaintiff,<br><br>  -against-<br><br>S&P GLOBAL, INC.,<br><br>       Defendant. | 23-CV-576 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Defendant is given leave to file a motion for summary judgment based on the Separation Agreement. The motion is due September 29, 2023, with the response due October 6, 2023, and the reply due October 13, 2023.

  SO ORDERED.

Dated: September 25, 2023
    New York, New York

                   _____
                     ARUN SUBRAMANIAN
                   United States District Judge