UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATALIE SANCHEZ,<br><br>         Plaintiff,<br><br>   -against-<br><br>S&P GLOBAL, INC., et al.,<br><br>         Defendants. | 23-CV-00576 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The Court will hold oral argument on the pending motion for summary judgment on Tuesday, November 22, 2023, at 12:00 PM. The argument will take place in **Courtroom 15A** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007. Plaintiff Natalie Sanchez, and a representative for defendant S&P Global should be present or should dial in at +1 646-453-4442,,793273306#. All discovery is stayed until further order.

  SO ORDERED.

Dated: November 14, 2023
    New York, New York

                       ARUN SUBRAMANIAN
                      United States District Judge