UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATALIE SANCHEZ,

                              Plaintiff,

              -against-                                    23-CV-00576 (AS)

S&P GLOBAL, INC., et al.,                                 ORDER

                              Defendants.

ARUN SUBRAMANIAN, United States District Judge:

       The Court previously misstated the day for next week's oral argument on summary

judgment. To clarify, the argument will take place on **Wednesday**, November 22, 2023, at

12:00 PM.

       SO ORDERED.

Dated: November 14, 2023
       New York, New York

                                              _____
                                                ARUN SUBRAMANIAN
                                                United States District Judge